UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BONNIE DITORO,
   PETITIONER

v.

BARBARA GUARINO,
   RESPONDENT

CIVIL ACTION
NO. 03-12467-PBS

## RESPONDENT'S MOTION TO EXTEND TIME TO RESPOND TO PETITION FOR A WRIT OF HABEAS CORPUS

The respondent, Barbara Guarino, hereby requests that the Court extend the time within which he must respond to the Petition for a Writ of Habeas Corpus that is the subject of the captioned action. Pursuant to this Court's December 15, 2003 Order, respondent's answer or other responsive pleading is presently due on January 8, 2004 (20 days after receipt). By this motion, respondent requests that the deadline be extended 30 days, up to and including February 5, 2004.

As grounds for this motion, respondent states that additional time is necessary to obtain copies of the relevant state court records and to assess whether the petitioner has exhausted his claims in the state courts. See 28 U.S.C. § 2254(b). Undersigned counsel was not assigned to this matter until December 30, 2003. In short, the additional time requested herein is necessary to enable respondent to locate all relevant state-court records and fully respond to this Court's order.

WHEREFORE, the present motion should be allowed and an order should enter extending up to and including February 5, 2004 the time within which respondent must answer or otherwise respond to the petition.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

_____
Susanne G. Reardon, BBO # 561669
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2832

Date: January 5, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on Bonnie DiToro, pro se, MCI Framingham, P.O. Box 9007, Framingham, MA 01701, by first class mail, postage prepaid, on January 5, 2004.

_____
Susanne G. Reardon
BBO # 561669
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2832