UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BONNIE DITORO,<br>    PETITIONER<br><br>v.<br><br>BARBARA GUARINO,<br>    RESPONDENT | CIVIL ACTION<br>NO. 03-12467-PBS |

### NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for the respondent, Barbara Guarino, in the above captioned case.

    Respectfully submitted,

    THOMAS F. REILLY
    Attorney General

    _____
    Susanne G. Reardon, BBO # 561669
    Assistant Attorney General
    Criminal Bureau
    One Ashburton Place
    Boston, Massachusetts 02108
Date: January 5, 2004    (617) 727-2200, ext. 2832

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on Bonnie DiToro, pro se, MCI Framingham, P.O. Box 9007, Framingham, MA 01701, by first class mail, postage prepaid, on January 5, 2004.

FILED
IN CLERK'S OFFICE
2004 JAN -6  A 11: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

Susanne G. Reardon
BBO # 561669
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2832