1.18.04

Maria Simeone
District Court Clerk
1 Courthouse Way Suite 2300
Boston, MA 02210

Ms. Simeone,

Could you please advise me how to obtain counsel for my pending federal habeas corpus matter. I am indigent and cannot afford to retain counsel. I believe you have forms that I can fill out.

Thank you for your attention to my request. Attached is copy of my case #

Sincerely,

[signature]

Bonnie DiToro
P.O Box 9007
Framingham MCI
Framingham MA
01701

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Simeone, Maria entered on 12/15/2003 at 12:59 PM EST and filed on 12/15/2003
Case Name: DiToro v. Guarino
Case Number: 1:03-cv-12467
Filer:
Document Number: 2

Docket Text:
Judge Patti B. Saris : ORDER entered SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Simeone, Maria)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=12/15/2003] [FileNumber=330650-0
] [544eed31f9761a072111c7a427bac5b05037e0a2e92af9a30d7c53a857e20b753d9
a690fe6bad6f5323f46d737fe164762f1fde03b3d35ae3a80d673cac7aae2]]

1:03-cv-12467 Notice will be electronically mailed to:

1:03-cv-12467 Notice will not be electronically mailed to:

Bonnie DiToro
MCI Framingham
P.O. Box 9007
Framingham, MA 01701

Judge Patti B. Saris granted [5] Motion for Extension of Time ext. granted to 2/5/04