UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BONNIE DITORO<br>   Petitioner,<br><br>v.<br><br>BARBARA GUARINO<br>   Respondent. | )<br>)<br>)<br>)<br>) Civil Action No. 03-12467-PBS<br>)<br>)<br>)<br>) |

## ANSWER

Pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, the respondent hereby answers the petition for writ of habeas corpus of the petitioner Bonnie DiToro.

1.  Admitted.

2.  Denied. Answering further the respondent states that the date of conviction was July 10, 1998.

3.  Admitted.

4.  Admitted. Answering further the respondent states that the defendant was convicted of trafficking in over 200 grams of cocaine.

5.  Admitted.

6.  Admitted.

7.  Admitted.

8.  Admitted.

9(a)-(c). Admitted.

9(d). Denied. The petitioner did not raise hearsay as a ground in her first appeal.

9(e). Admitted except as to any claim of hearsay.

10.     Admitted.

11(a)(1)-(2)    Admitted.

11(a)(3).

11(a)(4)-(6). Admitted. Answering further the respondent states that Judge Zobel declined to rule on the motion on November 13, 2001 and he denied a motion to reconsider on November 20, 2001.

12.     The respondent states that paragraph 12 contains legal argument and conclusions to which no response is required. To the extent that a response is deemed necessary, the respondent denies the factual allegations contained in paragraph 12 of the petition insofar as they are inconsistent with the facts found by the Massachusetts Appeals Court in *Commonwealth v. DiToro*, 51 Mass. App. Ct. 191, 744 N.E. 2d 672 (2001) and 57 Mass. App. Ct. 1118, 786 N.E. 2d 1254 (2003)..

13.

14.     The respondent states that he lacks knowledge or information sufficient to admit or deny the allegations contained in paragraph 14.

15(a)-(b) The respondent states that he lacks knowledge or information sufficient to admit or deny the allegations contained in paragraph 15(a)-(b)

15(c)-(e).    Admitted.

15(f).   Denied. Petitioner acted pro se in her motion for new trial.

15(g).   Admitted.

16.     Admitted.

17.     The respondent lacks the knowledge or information sufficient to admit or deny the allegations contained in paragraph 17.

And further answering the respondent has obtained transcripts from the petitioner's trial which will be supplied to the Court whenever deemed necessary. Pursuant to Rule 5 of the Rules

Governing 28 U.S.C. §2254 cases, the respondent is filing a Supplemental Answer with the following documents from the petitioner's state court proceedings:

1. Brief on Appeal to the Massachusetts Appeals Court (99-P-1010).

2. Brief for the Commonwealth of Massachusetts on Appeal to the Massachusetts Appeals Court (99-P-1010).

3. Reply brief of the defendant.

4. *Commonwealth v. DiToro*, 51 Mass. App. Ct. 191, 744 N.E. 2d 672 (2001).

5. Application for further appellate review, FAR no. 11842.

6. *Commonwealth v. DiToro*, 434 Mass. 1105, 752 N.E. 2d 240 (2001)(Further Appellate Review Denied).

7. Brief on Appeal to the Massachusetts Appeals Court (01-P-1753).

8. Brief and record appendix for the Commonwealth of Massachusetts on Appeal to the Massachusetts Appeals Court (01-P-1753).

9. *Commonwealth v. DiToro*, 57 Mass. App. Ct.1118, 786 N.E. 2d 1254 (2003)

10. Application for further appellate review, FAR no. 13745.

11. *Commonwealth v. DiToro*, 440 Mass. 1107, 799 N.E. 2d 593 (2003)(Further Appellate Review Denied).

## **DEFENSES**

1. The petition contains grounds that are in procedural default and state court decisions were based on adequate and independent state law grounds.

2. The petition raises claims based purely on state law which are not cognizable on federal habeas review.

3. In the alternative, the state court adjudication of the petitioner's claims was not contrary to or an unreasonable application of clearly established Supreme Court law nor was it based on an unreasonable determination of the facts in light of the evidence presented in the state court.

The respondent respectfully reserves the right to amend or supplement this Answer in the future should the need arise.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*/s/ Susanne Reardon*
Susanne G. Reardon
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 561669

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached documents was served upon Bonnie DiToro, pro se, P.O. Box 9007, Framingham, MA 01701 by first class mail, postage pre-paid, on February 5, 2004.

*/s/ Susanne Reardon*
Susanne G. Reardon
Assistant Attorney General