# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: 03-12467-PBS

Bonnie DiToro
Petitioner

v.

Barbara Guarino
Respondent

## BRIEFING ORDER

SARIS, D.J.

The petition for Writ of Habeas Corpus in this action was filed on December 8, 2003. In order to complete the record, the Petitioner is hereby directed to file and serve a brief in support of the petition for habeas corpus on or before March 12, 2004, and the Respondent is hereby directed to file and serve a brief in opposition to the petition on or before April 12, 2004.

By the Court,

 /s/ Robert C. Alba
Deputy Clerk

February 11, 2004

To: All Counsel