Fill out, sign reverse side and ~~UNITED STATES DISTRICT Document 1~~ ONE COURTHOUSE WAY, BOSTON MA 02210
Mail to: ~~UNITED STATES DISTRICT Document 1~~ ONE COURTHOUSE WAY, Page 1 of 12 02210
AO 240 (Rev. 9/96) (With attached August 2003 thru February 2004 prison account printout

# UNITED STATES DISTRICT COURT

District of _____

MASSACHUSETTS

BONNIE DiRORO,

~~PLAINTIFF~~ Petitioner

V.

BARBARA GUARINO, Respondent

~~Defendant~~

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT** SUPPORTING
MOTION TO ASSIGN COUNSEL FOR
HABEAS CORPUS EVIDENTIARY HEARING

CASE NUMBER:  03-12467-PBS

I, ___Bonnie DiToro___ declare that I am the (check appropriate box)

☑ petitioner/~~plaintiff/movant~~xxxxxxxxx~~other~~ seeking 18 USC § 3006A(b)(c)(d)Attorney
to be assigned to conduct necessary Rule 8(c) evidentiary hearing
in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?        ☑ Yes        ☐ No        (If "No," go to Part 2)

    MCI FRAMINGHAM (Women's Prison)

    If "Yes," state the place of your incarceration PO Box 9007, Framingham, MA. 01701 _____

    Are you employed at the institution? *NO* Do you receive any payment from the _____
    COMPUTER PRINTOUT of ACCOUNT FROM TREASURERS OFFICE
    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months'
    transactions.

2.  Are you currently employed?        ☐ Yes        ☑ No

    *WAS HURT (extensive injuries to back + ankle) here @ MCI cannot work. I did try again.*

    a.  If the answer is "Yes," state the amount of ~~your take-home salary or wages and pay period and give the~~
        name and address of your employer. *← WAS hurt on the job. I cannot lift any weight due to my back. Need Surgery.*

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or
        wages and pay period and the name and address of your last employer. *I worked until 7/2002 Tried to work again 9/2003 - 12/2003 $20/wk.*

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | | |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
    | e. | Gifts or inheritances | ☐ Yes | ☑ No |
    | f. | Any other sources *My Mom sends me money to buy necessities here at prison.* | ☑ Yes | ☐ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state
    the amount received and what you expect you will continue to receive.

    *My mother makes sure I have enough $ to support myself in prison usually $20-40 a week.*

AO 240 Reverse (Rev. 9/96)

4. Do you have **any** cash or checking or savings accounts? ☑ Yes ☐ No

If "Yes," state the total amount. $ \text{All left in Scump}

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☑ No

If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

February     2004
Date

Signature of Applicant
Bonnie DiToro pro se

SEE FEBRUARY 14,2004 SEPERATELY FILED PETITIONER'S MOTION FOR EVIDENTIARY HEARING ASSIGNMENT OF COUNSEL AND FOR 60 DAY TIME EXTENSIONS UNTIL AN ATTORNEY ENTERS THE CASE (already mailed directly to the Court Clerk for Judge Saris)

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :    20030305 16:03

Commit# :     F36659

Name    :     DITORO, BONNIE, ,

Inst    :     MCI FRAMINGHAM

Block   :     ALGON

Cell/Bed :    3 /1

|                     |                     MCI FRAMINGHAM    | Page : 3 |
|---------------------|--------------------------------------|----------|
|                     | Statement From 20030206              |          |
|                     |                  To   20030305       |          |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| | | | | Total Transaction before this Perio | | $1,098.92 | $1,028.45 | $755.28 | $0.00 |
| 20030211 08:49 | IS - Interest | 777093 | | FRA | | $0.55 | $0.00 | $0.00 | $0.00 |
| 20030211 08:49 | IS - Interest | 777094 | | FRA | | $0.00 | $0.00 | $1.79 | $0.00 |
| 20030212 22:30 | CN - Canteen | 789406 | | FRA | ~Canteen Date : 2003021 | $0.00 | $48.76 | $0.00 | $0.00 |
| 20030219 12:56 | ML - Mail | 806196 | | FRA | ~bernice williams | $170.00 | $0.00 | $0.00 | $0.00 |
| 20030220 22:30 | CN - Canteen | 817994 | | FRA | ~Canteen Date : 2003022 | $0.00 | $22.11 | $0.00 | $0.00 |
| 20030226 22:30 | CN - Canteen | 830832 | | FRA | ~Canteen Date : 2003022 | $0.00 | $42.34 | $0.00 | $0.00 |
| | | | | | | $170.55 | $113.21 | $1.79 | $0.00 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date | $127.81 | $757.07 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $127.81 | $757.07 | $0.00 | $0.00 | $0.00 | $0.00 |

*2/6 - 12/03*

*2003*

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :   20030402 13:08

| | | | | | |
|---|---|---|---|---|---|
| Commit# : | F36659 | | MCI FRAMINGHAM | | Page : 4 |
| Name : | DITORO, BONNIE, , | | Statement From 20030305 | | |
| Inst : | MCI FRAMINGHAM | | To   20030402 | | |
| Block : | ALGON | | | | |
| Cell/Bed : | 3 /1 | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Perio | $1,269.47 | $1,141.66 | $757.07 | $0.00 |
| 20030305 22:30 | CN - Canteen | 853375 | | FRA | ~Canteen Date : 2003030 | $0.00 | $44.03 | $0.00 | $0.00 |
| 20030311 13:26 | IC - Transfer from Inmate to Club A/c | 871601 | | FRA | ~12/02 haircut~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20030312 22:30 | CN - Canteen | 875446 | | FRA | ~Canteen Date : 2003031 | $0.00 | $45.56 | $0.00 | $0.00 |
| 20030313 10:07 | ML - Mail | 883563 | | FRA | ~bernice williams | $550.00 | $0.00 | $0.00 | $0.00 |
| 20030318 07:46 | IS - Interest | 900781 | | FRA | | $0.20 | $0.00 | $0.00 | $0.00 |
| 20030318 07:46 | IS - Interest | 900782 | | FRA | | $0.00 | $0.00 | $1.63 | $0.00 |
| 20030319 22:30 | CN - Canteen | 913006 | | FRA | ~Canteen Date : 2003031 | $0.00 | $37.39 | $0.00 | $0.00 |
| 20030320 09:30 | CI - Transfer from Club to Inmate A/c | 921819 | | FRA | ~REFUND FOR CLOTHING ORDERED IN 2002 THAT WA MISSING~F36659 DITORO,BONNIE PERSONAL~KCN WASH ACCOUNT - Z5 | $26.82 | $0.00 | $0.00 | $0.00 |
| 20030326 22:30 | CN - Canteen | 934756 | | FRA | ~Canteen Date : 2003032 | $0.00 | $40.72 | $0.00 | $0.00 |
| | | | | | | $577.02 | $169.20 | $1.63 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date | $535.63 | $758.70 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $535.63 | $758.70 | $0.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date :   20030507 15:12

| | | | |
|---|---|---|---|
| Commit# : | F36659 | MCI FRAMINGHAM | Page : 2 |
| Name : | DITORO, BONNIE, , | Statement From 20030402 | |
| Inst : | MCI FRAMINGHAM | To   20030507 | |
| Block : | NEW LINE | | |
| Cell/Bed : | 254 /1 | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Perio | $1,846.49 | $1,310.86 | $758.70 | $0.00 |
| 20030402 22:30 | CN - Canteen | 956216 | | FRA | ~Canteen Date : 200304C | $0.00 | $37.17 | $0.00 | $0.00 |
| 20030408 10:05 | IS - Interest | 983146 | | FRA | | $0.64 | $0.00 | $0.00 | $0.00 |
| 20030408 10:05 | IS - Interest | 983147 | | FRA | | $0.00 | $0.00 | $1.28 | $0.00 |
| 20030409 22:30 | CN - Canteen | 994832 | | FRA | ~Canteen Date : 200304C | $0.00 | $32.35 | $0.00 | $0.00 |
| 20030416 22:30 | CN - Canteen | 1016977 | | FRA | ~Canteen Date : 2003041 | $0.00 | $25.65 | $0.00 | $0.00 |
| 20030423 22:30 | CN - Canteen | 1037261 | | FRA | ~Canteen Date : 2003042 | $0.00 | $36.50 | $0.00 | $0.00 |
| 20030430 14:58 | IC - Transfer from Inmate to Club A/c | 1059191 | | FRA | ~March Haircut~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20030430 22:30 | CN - Canteen | 1059610 | | FRA | ~Canteen Date : 200304: | $0.00 | $48.63 | $0.00 | $0.00 |
| 20030506 11:31 | AT - Account Transfer | 1078411 | | FRA | ~April medical co-pays~F36659 DITORO,BONNIE    PERSONA | $6.00 | $0.00 | $0.00 | $6.00 |
| 20030506 11:32 | IC - Transfer from Inmate to Club A/c | 1078412 | | FRA | ~April medical co-pays~MEDICAL CO-PAYMEN1 - Z4 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20030507 10:48 | ML - Mail | 1081547 | | FRA | ~juan mojica | $25.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $31.64 | $187.80 | $1.28 | $6.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date | $379.47 | $753.98 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $379.47 | $753.98 | $0.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date :    20030605 14:11

| | | | |
|---|---|---|---|
| Commit# : | F36659 | **MCI FRAMINGHAM** | Page : 3 |
| Name : | DITORO, BONNIE, , | **Statement From** 20030507 | |
| Inst : | MCI FRAMINGHAM | **To** 20030605 | |
| Block : | ALGON | | |
| Cell/Bed : | 7 /1 | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Perio | $1,853.13 | $1,498.66 | $759.98 | $6.00 |
| 20030507 10:48 | ML – Mail | 1081547 | | FRA | ~juan mojica | $25.00 | $0.00 | $0.00 | $0.00 |
| 20030507 22:30 | CN – Canteen | 1082904 | | FRA | ~Canteen Date : 200305C | $0.00 | $44.16 | $0.00 | $0.00 |
| 20030509 09:21 | IS – Interest | 1103411 | | FRA | | $0.68 | $0.00 | $0.00 | $0.00 |
| 20030509 09:21 | IS – Interest | 1103412 | | FRA | | $0.00 | $0.00 | $1.14 | $0.00 |
| 20030516 12:24 | IC – Transfer from Inmate to Club A/c | 1134998 | | FRA | ~NEW BALANCE BASKETBALL SHOES~KCN WASH ACCOUNT Z5 | $0.00 | $48.95 | $0.00 | $0.00 |
| | | | | | | $402.52 | $462.06 | $32.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date | $287.04 | $755.12 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $287.04 | $755.12 | $0.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :    20030702 15:16

| | | | |
|---|---|---|---|
| Commit# : | F36659 | **MCI FRAMINGHAM** | Page : 3 |
| Name : | DITORO, BONNIE, , | Statement From 20030605 | |
| Inst : | MCI FRAMINGHAM | To    20030702 | |
| Block : | ALGON | | |
| Cell/Bed : | 7 /1 | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Perio | $1,878.81 | $1,591.77 | $761.12 | $6.00 |
| 20030610 16:23 | IS - Interest | 1231459 | | FRA | | $0.47 | $0.00 | $0.00 | $0.00 |
| 20030610 16:23 | IS - Interest | 1231460 | | FRA | | $0.00 | $0.00 | $1.15 | $0.00 |
| 20030625 22:30 | CN - Canteen | 1303918 | | FRA | ~Canteen Date : 2003062 | $0.00 | $22.55 | $0.00 | $0.00 |
| | | | | | | $120.79 | $159.85 | $1.17 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date | $264.96 | $756.27 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $264.96 | $756.27 | $0.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date :    20030801 14:40

| | | | | |
|---|---|---|---|---|
| Commit# : | F36659 | MCI FRAMINGHAM | Page : 2 |
| Name : | DITORO, BONNIE, , | Statement From 20030702 | |
| Inst : | MCI FRAMINGHAM | To   20030801 | |
| Block : | ALGON | | |
| Cell/Bed : | 7 /1 | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Perio | $1,879.28 | $1,614.32 | $762.27 | $6.00 |
| 20030709 16:12 | IS - Interest | 1365194 | | FRA | | $0.36 | $0.00 | $0.00 | $0.00 |
| 20030709 16:12 | IS - Interest | 1365195 | | FRA | | $0.00 | $0.00 | $0.97 | $0.00 |
| 20030709 22:30 | CN - Canteen | 1375689 | | FRA | ~Canteen Date : 2003070 | $0.00 | $33.99 | $0.00 | $0.00 |
| 20030711 14:25 | IC - Transfer from Inmate to Club A/c | 1389302 | | FRA | ~CLOTHING~KCN WASH ACCOUNT - Z5 | $0.00 | $73.83 | $0.00 | $0.00 |
| 20030714 10:11 | ML - Mail | 1391768 | | FRA | ~bernice williams | $200.00 | $0.00 | $0.00 | $0.00 |
| 20030715 12:11 | CI - Transfer from Club to Inmate A/c | 1396957 | | FRA | ~canteen refund 20030709~F36659 DITORO,BONNIE PERSONAL~KCN WASH ACCOUNT - Z5 | $33.99 | $0.00 | $0.00 | $0.00 |
| 20030716 22:30 | CN - Canteen | 1404642 | | FRA | ~Canteen Date : 2003071 | $0.00 | $38.83 | $0.00 | $0.00 |
| 20030723 22:31 | CN - Canteen | 1434062 | | FRA | ~Canteen Date : 2003072 | $0.00 | $48.50 | $0.00 | $0.00 |
| | | | | | | $379.98 | $381.32 | $0.99 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date | $304.16 | $757.24 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $304.16 | $757.24 | $0.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :    20030904 13:39

| | | | | | |
|---|---|---|---|---|---|
| Commit# : | F36659 | | **MCI FRAMINGHAM** | | Page : 2 |
| Name : | DITORO, BONNIE, , | | Statement From 20030801 | | |
| Inst : | MCI FRAMINGHAM | | To    20030904 | | |
| Block : | ALGON | | | | |
| Cell/Bed : | 7 /1 | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Perio | $2,113.63 | $1,809.47 | $753.24 | $6.00 |
| 20030806 22:30 | CN – Canteen | 1490561 | | FRA | ~Canteen Date : 2003080 | $0.00 | $35.44 | $0.00 | $0.00 |
| 20030807 15:31 | IS – Interest | 1507912 | | FRA | | $0.37 | $0.00 | $0.00 | $0.00 |
| 20030807 15:31 | IS – Interest | 1507913 | | FRA | | $0.00 | $0.00 | $0 98 | $0.00 |
| 20030811 10:35 | IC – Transfer from Inmate to Club A/c | 1523086 | | FRA | ~SPECIAL ORDER – 1 PR. LEVI'S, SIZE 2, 28 LENGTH~KCN WASH ACCOUNT – Z5 | $0.00 | $43.13 | $0.00 | $0.00 |
| 20030811 10:36 | ML – Mail | 1523093 | | FRA | ~bernice williams | $100.00 | $0.00 | $0.00 | $0.00 |
| 20030813 22:30 | CN – Canteen | 1533921 | | FRA | ~Canteen Date : 2003081 | $0.00 | $45.42 | $0.00 | $0.00 |
| 20030820 22:30 | CN – Canteen | 1560233 | | FRA | ~Canteen Date : 2003082 | $0.00 | $35.13 | $0.00 | $0.00 |
| 20030827 22:30 | CN – Canteen | 1592794 | | FRA | ~Canteen Date : 2003082 | $0.00 | $49.59 | $0.00 | $0.00 |
| | | | | | | $245.00 | $352.13 | $6.00 | $0.00 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date | $195.82 | $758.22 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $195.82 | $758.22 | $0.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :   20031009 16:09

| | | |
|---|---|---|
| Commit# : | F36659 | |
| Name : | DITORO, BONNIE, , | |
| Inst : | MCI FRAMINGHAM | |
| Block : | ALGON | |
| Cell/Bed : | 7 /1 | |

MCI FRAMINGHAM                                Page : 2

Statement From 20030904

To   20031009

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| | | | | Total Transaction before this Perio | | $2,214.00 | $2,018.18 | $164.22 | $6.00 |
| 20030904 22:30 | CN – Canteen | 1627860 | | FRA | ~Canteen Date : 2003090 | $0.00 | $29.45 | $0.00 | $0.00 |
| 20030910 07:56 | IS – Interest | 1650970 | | FRA | | $0.33 | $0.00 | $0.00 | $0.00 |
| 20030910 07:56 | IS – Interest | 1650971 | | FRA | | $0.00 | $0.00 | $0.94 | $0.00 |
| 20030910 22:30 | CN – Canteen | 1662598 | | FRA | ~Canteen Date : 2003091 | $0.00 | $20.77 | $0.00 | $0.00 |
| 20030911 09:46 | ML – Mail | 1671843 | | FRA | ~bernice williams | $150.00 | $0.00 | $0.00 | $0.00 |
| 20030916 12:07 | EX – External Disbursement | 1686202 | 43229 | FRA | ~NATIONAL ENQUIRER | $0.00 | $14.99 | $0.00 | $0.00 |
| 20030916 12:07 | EX – External Disbursement | 1686203 | 43230 | FRA | ~MONEY MAGAZINE | $0.00 | $9.95 | $0.00 | $0.00 |
| 20030917 22:30 | CN – Canteen | 1692284 | | FRA | ~Canteen Date : 2003091 | $0.00 | $44.58 | $0.00 | $0.00 |
| 20030918 11:51 | IC – Transfer from Inmate to Club A/c | 1701723 | | FRA | ~KOSS CL20, FAN~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $55.79 | $0.00 | $0.00 |
| 20030918 11:52 | IC – Transfer from Inmate to Club A/c | 1701726 | | FRA | ~HOT POT~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $17.00 | $0.00 | $0.00 |
| 20030924 22:30 | CN – Canteen | 1722082 | | FRA | ~Canteen Date : 2003092 | $0.00 | $27.38 | $0.00 | $0.00 |
| 20030930 12:06 | EX – External Disbursement | 1742775 | 43361 | FRA | ~ATTORNEY FEE - PO BOX 547, W. FALMOUTH, MA 02574~JOHN HUNTSMAN | $0.00 | $41.00 | $0.00 | $0.00 |
| 20031001 22:30 | CN – Canteen | 1748745 | | FRA | ~Canteen Date : 2003100 | $0.00 | $34.23 | $0.00 | $0.00 |
| 20031003 15:04 | AT – Account Transfer | 1764151 | | FRA | ~APPROVED BY SUPERINTENDENT~F36659 DITORO,BONNIE   PERSONA | $659.00 | $0.00 | $0.00 | $659.00 |
| 20031003 15:05 | EX – External Disbursement | 1764155 | 43392 | FRA | ~ATTORNEY FEE - PO BOX 547, WEST FALMOUTH, MA 02574~JOHN HUNTSMAN II | $0.00 | $659.00 | $0.00 | $0.00 |
| 20031008 13:49 | EX – External Disbursement | 1778354 | 43422 | FRA | ~BOOK CLUB~MEMBER SERVICE CENTER | $0.00 | $10.89 | $0.00 | $0.00 |
| 20031008 13:50 | EX – External Disbursement | 1778356 | 43423 | FRA | ~MAGAZINE~MONEY | $0.00 | $9.95 | $0.00 | $0.00 |
| 20031008 16:59 | IS – Interest | 1786258 | | FRA | | $0.22 | $0.00 | $0.00 | $0.00 |
| 20031008 16:59 | IS – Interest | 1786259 | | FRA | | $0.00 | $0.00 | $0.93 | $0.00 |
| 20031008 22:30 | CN – Canteen | 1795491 | | FRA | ~Canteen Date : 2003100 | $0.00 | $34.94 | $0.00 | $0.00 |
| | | | | | | $1,353.20 | $1,512.05 | $26.39 | $674.50 |

*Att. 1ee*

| | Personal | Savings |
|---|---|---|
| Balance as of ending date | -$4.55 | $101.09 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :    20031107 13:27

| | | |
|---|---|---|
| Commit# : | F36659 | MCI FRAMINGHAM                                    Page : 3 |
| Name : | DITORO, BONNIE, , | Statement From 20031008 |
| Inst : | MCI FRAMINGHAM | To    20031107 |
| Block : | ALGON | |
| Cell/Bed : | 7 /1 | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total | Transaction before this Perio | $3,023.33 | $2,972.32 | $765.16 | $665.00 |
| 20031008 13:49 | EX - External Disbursement | 1778354 | 43422 | FRA | ~BOOK CLUB~MEMBER SERVICE CENTER | $0.00 | $10.89 | $0.00 | $0.00 |
| 20031008 13:50 | EX - External Disbursement | 1778356 | 43423 | FRA | ~MAGAZINE~MONEY | $0.00 | $9.95 | $0.00 | $0.00 |
| 20031008 16:59 | IS - Interest | 1786258 | | FRA | | $0.22 | $0.00 | $0.00 | $0.00 |
| 20031008 16:59 | IS - Interest | 1786259 | | FRA | | $0.00 | $0.00 | $0.93 | $0.00 |
| 20031008 22:30 | CN - Canteen | 1795491 | | FRA | ~Canteen Date : 200310( | $0.00 | $34.94 | $0.00 | $0.00 |
| 20031014 11:34 | ML - Mail | 1815058 | | FRA | ~bernice williams | $600.00 | $0.00 | $0.00 | $0.00 |
| 20031015 09:15 | VI - Visitation | 1818284 | | FRA | ~57 round rd lunenburg | $120.00 | $0.00 | $0.00 | $0.00 |
| 20031015 22:30 | CN - Canteen | 1821398 | | FRA | ~Canteen Date : 2003101 | $0.00 | $14.22 | $0.00 | $0.00 |
| 20031022 14:15 | CI - Transfer from Club to Inmate A/c | 1849487 | | FRA | ~10/15/03 CANTEEN REFUND~F36659 DITORO,BONNIE PERSONAL~KCN WASH ACCOUNT - Z5 | $3.70 | $0.00 | $0.00 | $0.00 |
| 20031022 22:30 | CN - Canteen | 1851388 | | FRA | ~Canteen Date : 2003102 | $0.00 | $40.61 | $0.00 | $0.00 |
| 20031023 11:54 | IC - Transfer from Inmate to Club A/c | 1860718 | | FRA | ~CLOTHING~KCN WASH ACCOUNT - Z5 | $0.00 | $75.87 | $0.00 | $0.00 |
| 20031023 11:54 | IC - Transfer from Inmate to Club A/c | 1860719 | | FRA | ~LEVIS~KCN WASH ACCOUNT - Z5 | $0.00 | $32.35 | $0.00 | $0.00 |
| 20031023 15:43 | IC - Transfer from Inmate to Club A/c | 1861385 | | FRA | ~5 pictures~INMATE BENEFIT - Z1 | $0.00 | $7.50 | $0.00 | $0.00 |
| 20031028 15:34 | EX - External Disbursement | 1875010 | 43599 | FRA | ~DOUBLE DAY BOOK CLUB | $0.00 | $37.96 | $0.00 | $0.00 |
| 20031029 22:30 | CN - Canteen | 1881428 | | FRA | ~Canteen Date : 2003102 | $0.00 | $39.73 | $0.00 | $0.00 |
| 20031105 22:30 | CN - Canteen | 1908352 | | FRA | ~Canteen Date : 200311( | $0.00 | $45.16 | $0.00 | $0.00 |
| 20031105 23:03 | PY - Payroll | 1912215 | | FRA | ~20031019 To 20031025 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20031105 23:03 | PY - Payroll | 1912216 | | FRA | ~20031019 To 20031025 | $0.00 | $0.00 | $10.00 | $0.00 |
| 20031107 09:53 | ML - Mail | 1922861 | | FRA | ~bernice williams | $400.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $1,270.04 | $581.52 | $10.93 | $0.00 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date | $835.75 | $111.09 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :    20031205 13:14

| Commit# | : | F36659 | | MCI FRAMINGHAM | Page :2 |
|---|---|---|---|---|---|

Name      :    DITORO, BONNIE, ,            Statement From 20031106

Inst      :    MCI FRAMINGHAM                          To    20031205

Block     :    ALGON

Cell/Bed  :    4 /1

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Perio | $3,757.25 | $3,321.50 | $776.09 | $665.00 |
| 20031107 09:53 | ML - Mail | 1922861 | | FRA | ~bernice williams | $400.00 | $0.00 | $0.00 | $0.00 |
| 20031107 16:28 | IS - Interest | 1931230 | | FRA | | $0.47 | $0.00 | $0.00 | $0.00 |
| 20031107 16:28 | IS - Interest | 1931231 | | FRA | | $0.00 | $0.00 | $0.18 | $0.00 |
| 20031112 22:31 | CN - Canteen | 1953297 | | FRA | ~Canteen Date : 2003111 | $0.00 | $49.80 | $0.00 | $0.00 |
| 20031112 23:03 | PY - Payroll | 1956000 | | FRA | ~20031026 To 20031101 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20031112 23:03 | PY - Payroll | 1956001 | | FRA | ~20031026 To 20031101 | $0.00 | $0.00 | $10.00 | $0.00 |
| 20031113 10:34 | IC - Transfer from Inmate to Club A/c | 1961933 | | FRA | ~SPECIAL ORDER SZ.5 WORKBOOT~KCN WASH ACCOUNT - Z5 | $0.00 | $68.98 | $0.00 | $0.00 |
| 20031113 15:14 | EX - External Disbursement | 1962799 | 43734 | FRA | ~DONATION TO DISABLED AMERICAN VETERANS~D A V | $0.00 | $35.00 | $0.00 | $0.00 |
| 20031119 22:30 | CN - Canteen | 1981749 | | FRA | ~Canteen Date : 2003111 | $0.00 | $48.74 | $0.00 | $0.00 |
| 20031119 23:04 | PY - Payroll | 1985246 | | FRA | ~20031102 To 20031108 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20031119 23:04 | PY - Payroll | 1985247 | | FRA | ~20031102 To 20031108 | $0.00 | $0.00 | $10.00 | $0.00 |
| 20031124 22:30 | CN - Canteen | 2003035 | | FRA | ~Canteen Date : 2003112 | $0.00 | $49.94 | $0.00 | $0.00 |
| 20031126 23:04 | PY - Payroll | 2018414 | | FRA | ~20031109 To 20031115 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20031126 23:04 | PY - Payroll | 2018415 | | FRA | ~20031109 To 20031115 | $0.00 | $0.00 | $10.00 | $0.00 |
| 20031203 22:30 | CN - Canteen | 2037519 | | FRA | ~Canteen Date : 2003120 | $0.00 | $50.61 | $0.00 | $0.00 |
| 20031203 23:03 | PY - Payroll | 2040979 | | FRA | ~20031116 To 20031122 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20031203 23:03 | PY - Payroll | 2040980 | | FRA | ~20031116 To 20031122 | $0.00 | $0.00 | $10.00 | $0.00 |
| | | | | | | $1,125.56 | $826.65 | $40.19 | $0.00 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date | $573.15 | $151.27 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $573.15 | $151.27 | $0.00 | $0.00 | $0.00 | $0.00 |