## ATTORNEY ASSIGNMENT REQUEST

PETITIONER: Bonnie DiToro

Case Number: 03-CV-12467-PBS

Date of Appointment: 3/25/04

Appointed by: SARIS, D.J.

Attorney Withdrawn: —

Date of Withdrawal: —

Reason for Withdrawal: —

Number of Counts: —

Charge(s) and Cite(s): —

Indictment: —   Information: —   Probation Revocation: —

Number of Defendants: —

Judge Code: 0129

Special Instructions: Appointment of Counsel for Petitioner in a 2254 case as per Order of Saris, D.J. Copy of Petition & Briefing Order attached.

_____
Deputy Clerk

Dated: March 25, 2004

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

[attyreq.;k:attyreq.]