UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BONNIE DITORO

v.                                                      CIVIL ACTION
                                                        NO. 03-12467-PBS

BARBARA GURAINO

## MOTION TO ENLARGE TIME FOR BRIEFING

This Court has appointed Roger A. Cox to represent the plaintiff in the above-captioned matter. This is a collateral action on a Massachusetts sentence filed pursuant to 28 U.S.C. § 2254.

The plaintiff's memorandum accompanying her petition makes several assertions and arguments, but it written by a non-lawyer and has a relatively high density quotient. In order to thoroughly investigate her claims, and in order to determine whether any other potential claims exist which might aid the plaintiff in obtaining relief, present counsel has sought and acquired the complete transcript of her Superior Court trial, her State post-conviction filings and the briefs filed on her behalf on appeal, as well as other documents.

It will take some time to study the documents obtained and research the issues which reveal themselves as a result, as well as to draft a comprehensive and effective memorandum on the plaintiff's behalf. Given the press of other matters (14 cases in the U.S. District Court, five cases in the First Circuit, three murder appeals in the SJC, and three matters in the Massachusetts Appeals Court), counsel needs adequate time in which to accomplish whatever

1

can be achieved for the plaintiff.

Accordingly, counsel respectfully moves this honorable Court to enlarge the time for the filing of the plaintiff's memorandum to August 16, 2004.

>Respectfully submitted,
>
>*/s/ Roger A. Cox*
>Roger A. Cox   BBO# 551514
>Cox & Cox
>30 Main Street
>Ashland, MA 01721-1178
>(508) 231-1460
>
>Attorney for Plaintiff

DATED: April 15, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Motion has been served upon Susanne G. Reardon, Attorney General's Office, One Ashburton Place, 18th Floor, Boston, MA 02108, this 15th Day of April, 2004.   */s/ Roger A. Cox*

2

## COX & COX
Attorneys at Law
30 Main Street
Ashland, Massachusetts 01721-1178

TEL.: (508) 231-1460
FAX: (508) 231-1405

E-MAIL:
coxcox@bellatlantic.net

April 15, 2004

Clerk
United States District Court
One Courthouse Way
Boston, MA 02210

    Re: *DiToro v. Guarino*, C.A. No. 03-12467-PBS

Dear Sir or Madam:

    Please find enclosed the following for filing in the above-captioned matter:

    Motion to Enlarge Time for Briefing

    Thank you.

                                   Very truly yours,

                                   Roger A. Cox

cc: Suzanne Reardon, Esq.