Bonnie DiToro F36659
P.O. Box 9007
Framingham, MA 01701

April 13, 2004

Clerk for Judge Patti Saris
United States District Court
One Courthouse Way
Boston, MA 02210

RE: DiToro v Guarino #03-12467-PBS
Docket Entry Request and Request for Name
of Law firm Assigned

Dear Clerk:

Please send me a copy of my #03-12467-PBS Docket entries.

I was very, very, very happy to learn Judge Saris decided to assign counsel to my habeas corpus case.

Please also send me the name of the law firm your court appointed; or, if it may take some time for the pro bono coordinator to find a law firm to accept the appointment — please refer this letter to your pro bono coordinator so that their office can let me know how long it might take and send me any information on counsel.

Thank you.

Sincerely,
Bonnie DiToro