Bonnie DiToro<br>
MCI Framingham<br>
P.O. Box 9007<br>
Framingham, MA 01704-9007

May 24, 2004

Hon. Patti M. Saris  
United States District Judge  
One Courthouse Way  
Boston, MA 02210

Dear Judge Saris:

    Thank you very much for assigning Mr. Roger Cox to represent me on my 2254 petition in your Court. I am very pleased with his representation. He has been working very hard on my case, and has visited me and also kept me informed of his work through letters.

    Early on, when I did not have a lawyer, I received legal help from Mr. Michael Dupont, an inmate at MCI Cedar Junction. I have told Mr. Dupont that I no longer wish his assistance, now that I have an experienced attorney representing me. Mr. Dupont has been sending me copies of letters which he may have sent to you or your Court, in which he criticizes Mr. Cox and asks that he not continue representing me.

    Mr. Dupont has Xeroxed my signature onto these motions and letters to the Court. I did not sign any of them and did not ask him to write or send them. They are completely unauthorized. As I stated earlier, I am very happy to be represented by Mr. Cox. Please disregard anything to the contrary coming from Mr. Dupont.

    Thank you.

Sincerely,

Bonnie DiToro