UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BONNIE DITORO

v.

BARBARA GUARINO

CIVIL ACTION NO. 03-12467-PBS

## MOTION TO WITHDRAW

Appointed counsel for the Petitioner in this action brought pursuant to 28 U.S.C. § 2254 hereby respectfully moves to withdraw from further representation of the Petitioner.

In support hereof, counsel states that he has carefully studied the entire trial transcript of the Petitioner, all documents relating to post-conviction proceedings in the Massachusetts courts, the briefs on appeal in the Massachusetts courts, and all others papers related to this matter. He has interviewed predecessor counsel in the State courts, and has interviewed the Petitioner in person at MCI Framingham. He has studied 436 cases reported in all Federal circuits which touch upon the facts and the law implicated in this criminal litigation. No stone has been left unturned in seeking some arguable basis for asserting a violation of the United States Constitution or Federal law in the course of Ms. DiToro's Massachusetts prosecution and conviction.

As a result of this effort, counsel has been compelled to conclude, with great regret, that no justiciable issue may be argued in good faith in the United States Courts which might conceivably assist the Petitioner in achieving Federal *habeas* relief.

Counsel has written and mailed a very detailed and specific letter to the Petitioner,

advising her why he has been unable to proceed further with this § 2254 proceeding.

Counsel cannot submit a more detailed description of the potential issues available and the reasons why they cannot be argued non-frivolously, without taking a position contrary to the client's interests. Had this been a First Circuit matter, counsel could have and would have filed a very detailed *Anders* brief, but no such mechanism is available in the present procedural setting in the District Court.

WHEREFORE, counsel respectfully moves this honorable Court to allow him to withdraw.

Respectfully submitted,

*Roger A. Cox*
_____
Roger A. Cox    BBO3 551514
Cox & Cox
30 Main Street
Ashland, MA 01721-1178
(508) 231-1460

Counsel for Petitioner by
Appointment of the Court

DATED: August 20, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BONNIE DITORO

CIVIL ACTION NO. 03-12467-PBS

v.

BARBARA GUARINO

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of counsel's Motion to Withdraw has been served by fax and first-class mail upon Assistant Attorney General Susanne Reardon, One Ashburton Place, Boston, MA 02108, FAX No. (617) 748-5857; and by first-class mail upon Bonnie DiToro, MCI Framingham, P.O. Box 9007, Framingham, MA 01704-9007, this 20th Day of August, 2004.

Roger A. Cox   BBO3 551514
Cox & Cox
30 Main Street
Ashland, MA 01721-1178
(508) 231-1460

Counsel for Petitioner by
Appointment of the Court

DATED: August 20, 2004