UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                  Civil Action
                                                  No: 03-12467-PBS

BONNIE DITORO
Petitioner

v.

BARBARA GUARINO
Respondent

## SECOND BRIEFING ORDER

SARIS, D.J.

      The petition for Writ of Habeas Corpus in this action was filed on December 8, 2003. In order to complete the record, the Petitioner is hereby directed to file and serve a brief in support of the petition for habeas corpus on or before October 27, 2004 and the Respondent is hereby directed to file and serve a brief in opposition to the petition on or before November 29, 2004.

                                                   By the Court,

                                                   /s/ Robert C. Alba
                                                   Deputy Clerk

August 27, 2004

To: All Counsel