Oct. 11, 2004

Judge Saris
U.S. District Court
Office of the Clerk
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA   02210

Received in
PBS Chambers
10-18-04

Judge Saris,

    You received on 8/27 a "Motion to Withdraw" from my appointed Attorney Cox.

    When I met with Atty. Cox, he had me sign a letter stating that a Mr. Michael Dupont (which had been helping me for 4 yrs) would not be working on my case any longer. Mr. DuPont is a jailhouse paralegal, and had gotten me this far up the "ladder".

    Atty Cox withdrawing has left me helpless. I now have no Atty, nor do I have the help of the paralegal anymore.

    I do not / will not give up on my "relief of conviction". My co-defendants are walking the streets and I am sitting in prison 3 times a longer sentence for "less" involvement.

    I need a new Attorney to represent me. I

-2- DiToro

have NO knowledge of law and cannot do this "pro se".
Please assign another Attorney to represent me.

Thank-You

Sincerely,

Bonnie DiToro
C.A.# 03-12467-PBS

Box 788
Framingham, MA
01701