UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                              Civil Action
                              No: 03-12467-PBS

Bonnie DiToro,
Petitioner,

v.

Barbara Guarino,
Respondent.

## ORDER OF DISMISSAL

SARIS, D.J.

      On October 25, 2004, this Court issued an endorsed order directing the Petitioner to file a brief or refer the portions of her appeals court brief within 30 days or the petition will be dismissed.
      Accordingly, for failure of the Petitioner to comply with the endorsed order of October 25, 2004, it is hereby ORDERED that the above captioned action is DISMISSED.

                              By the Court,

                              /s/ Robert C. Alba
                              Deputy Clerk

April 26, 2005

To: All Counsel